# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Victoria L. Lang,

    Plaintiff,

        v.                                         Case No. 1:17cv503

Commissioner of Social Security,               Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 2, 2018 (Doc. 18).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 18) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the decision by the Commissioner is **AFFIRMED** and this matter is closed.

**IT IS SO ORDERED.**

                                                                    *s/Michael R. Barrett*
                                                                    Michael R. Barrett, Judge
                                                                    United States District Court